LAW OFFICES  
MCCALLA RAYMER LEIBERT PIERCE, LLP  
BANKRUPTCY DEPARTMENT  
1544 Old Alabama Road  
Roswell, GA 30076  
TELEPHONE: 770-643-7200  
TELEFAX: 866-761-0279  
1-800-275-7171

April 11, 2025

Clerk, United States Bankruptcy Court  
1100 Laurel St.  
Columbia, SC 29201

**REQUEST FOR SERVICE OF NOTICES**

RE:

| | |
|---|---|
| Debtor | Sergey Anatolievich Pikalov |
| Case Number | 25-01270 |
| Chapter | 13 |
| Secured Creditor | Onslow Bay Financial LLC |
| Loan Number | XXXXXX9480 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

Onslow Bay Financial LLC  
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP  
Bankruptcy Department  
1544 Old Alabama Road  
Roswell, GA 30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Elizabeth Parrott*  
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP  
1544 Old Alabama Road  
Roswell, GA 30076  
Phone: 678-277-4911  
Email: Elizabeth.Parrott@mccalla.com  
Attorney Bar No: 101829

NOA