**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $    197,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $    152,728.80 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $    350,228.80 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    846,749.30 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    71,917.63 |
| **Your total liabilities** | $    918,666.93 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $    15,235.98 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $    10,098.45 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Sergey Anatolievich Pikalov**

Case number *(if known)*  **25-01270**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **15,235.98**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 25-01270 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

### 1.1

**619 MEADOW GRASS LANE**
Street address, if available, or other description

**Lexington    SC    29072-0000**
City    State    ZIP Code

**Lexington**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$395,000.00**
Current value of the portion you own? **$197,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**DEBTORS RESIDENCE-619 MEADOW GRASS LANE, LEXINGTON SC 29072, LEXINGTON COUNTY, (5) BEDROOM HOUSE, TMS# (00423801079), TAX APPRAISAL VALUE ($360,000), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($395,000)**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........=>**    **$197,500.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Sergey Anatolievich Pikalov** _____   Case number *(if known)*   **25-01270**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

---

| | | | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

**3.1** Make: **HONDA**
Model: **ACCORD LX**
Year: **2011**
Approximate mileage: **385,000**
Other information:

**2011 HONDA ACCORD LX: VIN# (1HGCP2F65BA054747), (4) DOOR, (4) CYLINDER, (385,000) MILES, NADA VALUE ($2,050)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,050.00 | $2,050.00 |

---

**3.2** Make: **FORD**
Model: **F350 XL TRUCK**
Year: **2022**
Approximate mileage: **260,000**
Other information:

**2022 FORD F350 XL TRUCK: VIN# (1FT8W3DT6NED2698), (4) DOOR, (8) CYLINDER, (260,000) MILES, NADA VALUE ($15,500)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,500.00 | $15,500.00 |

---

**3.3** Make: **BMW**
Model: **535i**
Year: **2014**
Approximate mileage: **145,000**
Other information:

**2014 BMW 535i: VIN# (WBA5B1C50ED4790628), (4) DOOR, (6) CYLINDER, (145,000) MILES, NADA VALUE ($3,675)**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,675.00 | $3,675.00 |

---

**3.4** Make: **VOVLO**
Model: **VNL TRACTOR**
Year: **2025**
Approximate mileage: **130,000**
Other information:

**2025 VOLVO VNL TRACTOR: VIN# (4V4NC9EH2SN660213), (6) CYLINDER, DIESEL ENGINE, D13 ENGINE, (130,000) MILES, DEBTOR ESTIMATES VALUE AT ($75,000)**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $37,500.00 |

---

Debtor 1    **Sergey Anatolievich Pikalov**                                    Case number *(if known)*    **25-01270**

---

| 3.5 | Make: | **VOLVO** |
| | Model: | **VNL TRACTOR** |
| | Year: | **2025** |
| | Approximate mileage: | **120,000** |
| | Other information: | |

**2025 VOLVO VNL TRACTOR: VIN# (4V4NC9EH4SN660214), (6) CYLINDER, DIESEL ENGINE, D13 ENGINE, (120,000) MILES, DEBTOR ESTIMATES VALUE AT ($75,000)**

**Who has an interest in the property?** *Check one*
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $37,500.00 |

---

| 3.6 | Make: | **VOLVO** |
| | Model: | **VNL TRACTOR** |
| | Year: | **2017** |
| | Approximate mileage: | **660,000** |
| | Other information: | |

**2017 VOLVO VNL TRACTOR: VIN# (4V4NC9EH5HN991862), (6) CYLINDER, DIESEL ENGINE, D13 ENGINE, (660,000) MILES, DEBTOR ESTIMATES VALUE AT ($10,000)**

**Who has an interest in the property?** *Check one*
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

| 3.7 | Make: | **VOLVO** |
| | Model: | **VNL TRACTOR** |
| | Year: | **2016** |
| | Approximate mileage: | **650,000** |
| | Other information: | |

**2016 VOLVO VNL TRACTOR: VIN# (4V4NC9EH8GN955503), (6) CYLINDER, DIESEL ENGINE, D13 ENGINE, (650,000) MILES, DEBTOR ESTIMATES VALUE AT ($10,000)**

**Who has an interest in the property?** *Check one*
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [ ] No
- [x] Yes

---

| 4.1 | Make: | **UTILITY TRAILER MANUFACTURER** |
| | Model: | **UTILITY BOX SEMI TRAILER** |
| | Year: | **2023** |
| | Other information: | |

**2023 UTILITY TRAILER MANUFACTURER UTILITY BOX SEMI TRAILER: VIN# (1UYVS2530P6777401), (53)' REFRIGERATED TRAILER, DEBTOR ESTIMATES VALUE AT ($20,000)**

**Who has an interest in the property?** *Check one*
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $10,000.00 |

---

Debtor 1    **Sergey Anatolievich Pikalov**                                    Case number *(if known)*  **25-01270**

| 4.2 | Make: | **CARRIER** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **7300 TRAILER**

Year: **2022**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Other information:

| 2022 CARRIER 7300 TRAILER: VIN# (UAX91693300), TRAILER, DEBTOR ESTIMATES VALUE AT ($10,000) |
|---|

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $5,000.00 |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

| $131,225.00 |
|---|

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| HOUSEHOLD GOODS: COUCH, LOVESEAT TABLES, CHAIRS, BEDS, DRESSERS, DRAWERS, MICROWAVE, REFRIGERATOR, STOVE, DISHWASHER, WASHER, DRYER, MOWER, WEEDEATER | $2,250.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| HOUSEHOLD GOODS: TVS, STEREO, COMPUTER, PHONE | $1,500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

| CLOTHING | $600.00 |
|---|---|

Official Form 106A/B                    Schedule A/B: Property                                    page 4

| Debtor 1 | **Sergey Anatolievich Pikalov** | | Case number *(if known)* | **25-01270** |

---

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| JEWELRY | $200.00 |

---

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| ANIMALS: (2) CATS | $100.00 |

---

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................. | **$4,650.00** |

---

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following? | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...........................................................................................................

| | CASH ON HAND | $0.00 |

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.....................

Institution name:

| 17.1. | Checking | FIRST PREMIER BANK: CHECKING ACCOUNT# (2122), THE IS BUSINESS ACCOUNT FOR AIT TRANSPORT INC, DEBTOR HAS A 50% INTEREST IN BUSINESS WITH SISTER | $16,490.52 |
| 17.2. | Checking | FIRST INTERSTATE BANK: CHECKING ACCOUNT# (6038) | $363.28 |
| 17.3. | Other financial account | PAY PAL: FINANCIAL ACCOUNT | $0.00 |

---

| Debtor 1 | **Sergey Anatolievich Pikalov** | | Case number *(if known)* | **25-01270** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

    Name of entity:                                    % of ownership:

    **AIT TRANSPORT INC: BUSINESS IS A SOUTH
    CAROLINA S-CORPORATION OPERATING AS
    AN OVER THE ROAD TRUCKING BUSINESS.
    BUSINESS WAS STARTED IN MARCH 2017 AND
    CORPORATION WAS FORMED IN NOVEMBER
    2019 AND STILL IN OPERATIONS. BUSINESS
    DOES NOT HAVE ANY ACCOUNTS RECEIVABLE
    BUT DOES HAVE W2 AND 1099 CONTRACTED
    WORKERS. BUSINESS DOES NOT HAVE ANY
    INVENTORY. TRANSPORT VEHICLES LISTED IN
    CASE AS BUSINESS ASSETS AND USED
    EXCLUSIVELY FOR BUSINESS PURPOSES.**          **50**    %                    **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number *(if known)* | **25-01270** |

**27.  Licenses, franchises, and other general intangibles**
>   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
>   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
>   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
>   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:                     Beneficiary:                    Surrender or refund value:

**32.  Any interest in property that is due from someone who has died**
>   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
>   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**

| **$16,853.80** |
| --- |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

Debtor 1   **Sergey Anatolievich Pikalov**                                    Case number *(if known)*   **25-01270**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   | **$0.00** |

---

**Part 8:**   **List the Totals of Each Part of this Form**

---

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ......................................................................... | **$197,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$131,225.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,650.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$16,853.80** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**   + | **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61...   **$152,728.80**   Copy personal property total | **$152,728.80** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$350,228.80** |

---

# Lexington County
# ONLINE TAX PAYMENT

**Notice #: 803487245**

**Status: Paid**

**Date Paid: 01/02/25**

**Issue Date: 12/17/24**

**Total Paid: $2,150.20**

## Tax Information

| | |
|---|---|
| **Name:** | PIKALOV SERGEY A & TRAINER TATYANA A |
| **Tax Year:** | 2024 |
| **District/Levy:** | 1 / 537.229 |
| **City/Levy:** | / |
| **Total Appraisal:** | 360,000 |
| **Total Assessed:** | 14,400 |

| **Assessment Ratio:** | **Land Appraisal:** | **Building Appraisal:** |
|---|---|---|
| 4% | 45,000 | 315,000 |

## Property Information

| | |
|---|---|
| **Record Type:** | Real Estate |
| **Map Number:** | 004238-01-079 |
| **Acres:** | .00 |
| **Lots:** | 1 |
| **Buildings:** | 2 |
| **Description:** | GREY OAKS ESTATES PH 2 LOT 77 |
| **Property Address** | 619 MEADOW GRASS LN 00000 0000 |

## Taxes

| | |
|---|---|
| **County Tax:** | $7,736.10 |
| **City Tax:** | $0.00 |
| **Fees:** | $0.00 |
| **Residential Exemption:** | $4,692.38 |
| **Homestead Exemption:** | $0.00 |
| **Other Exemptions:** | $0.00 |
| **Local Option Credit:** | $893.52 |
| **Total Taxes:** | $2,150.20 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                                      4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS RESIDENCE-619 MEADOW GRASS LANE, LEXINGTON SC 29072, LEXINGTON COUNTY, (5) BEDROOM HOUSE, TMS# (00423801079), TAX APPRAISAL VALUE ($360,000), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTOR ESTIMATES VALUE AT ($395,000)**<br>Line from *Schedule A/B*: **1.1** | $197,500.00 | ■         $68,525.00<br>☐   100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(1)(a) |
| **2011 HONDA ACCORD LX: VIN# (1HGCP2F65BA054747), (4) DOOR, (4) CYLINDER, (385,000) MILES, NADA VALUE ($2,050)**<br>Line from *Schedule A/B*: **3.1** | $2,050.00 | ■         $7,600.00<br>☐   100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **2017 VOLVO VNL TRACTOR: VIN# (4V4NC9EH5HN991862), (6) CYLINDER, DIESEL ENGINE, D13 ENGINE, (660,000) MILES, DEBTOR ESTIMATES VALUE AT ($10,000)**<br>Line from *Schedule A/B*: **3.6** | $10,000.00 | ■         $2,275.00<br>☐   100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(6) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sergey Anatolievich Pikalov** | | Case number (if known) | **25-01270** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS: COUCH, LOVESEAT TABLES, CHAIRS, BEDS, DRESSERS, DRAWERS, MICROWAVE, REFRIGERATOR, STOVE, DISHWASHER, WASHER, DRYER, MOWER, WEEDEATER**<br>Line from *Schedule A/B*: **6.1** | $2,250.00 | ■ $2,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **HOUSEHOLD GOODS: TVS, STEREO, COMPUTER, PHONE**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **ANIMALS: (2) CATS**<br>Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $0.00 of unused Homestead Exemption** |
| **Checking: FIRST PREMIER BANK: CHECKING ACCOUNT# (2122), THE IS BUSINESS ACCOUNT FOR AIT TRANSPORT INC, DEBTOR HAS A 50% INTEREST IN BUSINESS WITH SISTER**<br>Line from *Schedule A/B*: **17.1** | $16,490.52 | ■ $7,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) in the amount of $7,600.00 of unused Homestead Exemption** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1**  **BMO BANK** Creditor's Name | Describe the property that secures the claim: **2023 UTILITY TRAILER MANUFACTURER, 2022 CARRIER 7300 TRAILER: TO BE VALUED IN PLAN BASED ON BUSINESS VALUE-USE EXCEPTION** | $57,535.81 | $30,000.00 | $27,535.81 |

**PO BOX 3040**
**Cedar Rapids, IA 52406**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Auto Loan**

Date debt was incurred  **2/22**          Last 4 digits of account number  **0827**

Debtor 1   **Sergey Anatolievich Pikalov**                                          Case number (if known)   **25-01270**

First Name          Middle Name          Last Name

---

| 2.2 | **FORD MOTOR CREDIT** | Describe the property that secures the claim: | $13,364.85 | $15,500.00 | $0.00 |

Creditor's Name

> **2022 FORD F350 XL TRUCK: TO BE PAID IN PLAN**

**PO BOX 31111**
**Tampa, FL 33631**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

Date debt was incurred   **10/21**          Last 4 digits of account number   **4489**

---

| 2.3 | **MR COOPER** | Describe the property that secures the claim: | $308,224.81 | $395,000.00 | $0.00 |

Creditor's Name

> **DEBTORS RESIDENCE-619 MEADOW GRASS LANE, LEXINGTON SC 29072: ARREARAGE TO BE ADDRESSED THROUGH LOAN MODIFICATION**

**PO BOX 650783**
**Dallas, TX 75265**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **9/19**          Last 4 digits of account number   **9480**

---

| 2.4 | **TRUIST BANK** | Describe the property that secures the claim: | $4,158.57 | $3,675.00 | $483.57 |

Creditor's Name

> **2014 BMW 535i: TO BE VALUED IN PLAN**

**214 N TRYON ST, STE 3**
**Charlotte, NC 28202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

Date debt was incurred   **5/21**          Last 4 digits of account number   **1001**

---

Debtor 1  **Sergey Anatolievich Pikalov**                                    Case number (if known)   **25-01270**
 _____
 First Name        Middle Name        Last Name

| 2.5 | **VOLVO FINANCIAL SERVICES** | | **$463,465.26** | **$150,000.00** | **$313,465.26** |
|-----|------|------|------|------|------|

Creditor's Name

Describe the property that secures the claim:

**2025 VOLVO VNL TRACTOR, 2025 VOLVO VNL TRACTOR: TO BE VALUED IN PLAN DUE TO BUSINESS VALUE-USE EXCEPTION**

**PO BOX 26131**
**Greensboro, NC 27402**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred  **2/24**          Last 4 digits of account number  **2124**

---

Add the dollar value of your entries in Column A on this page. Write that number here:      **$846,749.30**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:                                                                **$846,749.30**

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims against you?**

■ No. Go to Part 2.

☐ Yes.

**Part 2:      List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| | | |

**4.1    AMERICAN EXPRESS**

Nonpriority Creditor's Name
**PO BOX 650448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **4003**

When was the debt incurred?   **1/21**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

**Total claim**    **$29,642.41**

Debtor 1    **Sergey Anatolievich Pikalov**    Case number (if known)    **25-01270**

---

| 4.2 | **IRS** | | Last 4 digits of account number | **9019** | | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.3 | **LEXINGTON COUNTY TREASURER** | | Last 4 digits of account number | **9019** | | **$0.00** |

Nonpriority Creditor's Name

**212 SOUTH LAKE DRIVE**
**Lexington, SC 29072**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

| 4.4 | **PORTFOLIO RECOVERY** | | Last 4 digits of account number | **0850** | | **$1,664.42** |

Nonpriority Creditor's Name

**PO BOX 12914**
**Norfolk, VA 23541**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?    **2/23**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collections**

---

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number (if known) | **25-01270** |
|---|---|---|---|

| | 4.5 | **SC DEPT OF REVENUE** | | Last 4 digits of account number | **9019** | | **$0.00** |

Nonpriority Creditor's Name
**300A OUTLET POINTE BLVD**
**Columbia, SC 29210**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

---

| | 4.6 | **WELLS FARGO** | | Last 4 digits of account number | **3582** | | **$40,610.80** |

Nonpriority Creditor's Name
**PO BOX 6995**
**Portland, OR 97228-6995**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**When was the debt incurred?** **1/21**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit card purchases**

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **LEXINGTON COUNTY CLERK OF COURT**<br>**205 EAST MAIN STREET**<br>**Lexington, SC 29072** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **SCOTT & ASSOCIATES**<br>**ATTN: MICHAEL BRITTAIN TRAVIS**<br>**1744 SAM RITTENBERG BLVD, STE D**<br>**Charleston, SC 29407** | Line **4.4** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

---

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims** | 6a.   **Domestic support obligations** | 6a.   $ | **0.00** |

Debtor 1  **Sergey Anatolievich Pikalov**        Case number (if known)  **25-01270**

| | | | | |
|---|---|---|---|---|
| **from Part 1** | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $    **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $    **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $    **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $    **0.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $    **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $    **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $    **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    **71,917.63** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    **71,917.63** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
   example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
   and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number      Street | |
| City          State          ZIP Code | |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply: |
|---|---|
| 3.1  **AIT TRANSPORT**
      **619 MEADOW GRASS LANE**
      **Lexington, SC 29072** | ■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VOLVO FINANCIAL SERVICES** |
| 3.2  **AIT TRANSPORT**
      **619 MEADOW GRASS LANE**
      **Lexington, SC 29072** | ■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**BMO BANK** |
| 3.3  **TATYANA TRAINER**
      **3200 N GALAXY LANE**
      **Sioux Falls, SD 57107** | ■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**VOLVO FINANCIAL SERVICES** |

Debtor 1   **Sergey Anatolievich Pikalov**                    Case number *(if known)*   **25-01270**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **TATYANA TRAINER**<br>**3200 N GALAXY LANE**<br>**Sioux Falls, SD 57107** | ■ Schedule D, line ___**2.1**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**BMO BANK** |

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number<br>(If known) | **25-01270** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | | **Occupation** | **CO-OWNER** | |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | **AIT TRANSPORT INC** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | **619 MEADOW GRASS LANE**<br>**Lexington, SC 29072** | |
| | | **How long employed there?** | **8 YEARS** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $           0.00 | $           N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$           0.00 | +$           N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $           0.00 | $           N/A |

Debtor 1    **Sergey Anatolievich Pikalov**                                Case number (*if known*)    **25-01270**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

**5. List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    | 6. | $ 0.00 | $ N/A |

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    | 7. | $ 0.00 | $ N/A |

**8. List all other income regularly received:**

|  |  |  |  |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 15,235.98 | $ N/A |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    | 9. | $ 15,235.98 | $ N/A |

**10. Calculate monthly income.** Add line 7 + line 9.    | 10. | $ 15,235.98 | + $ N/A | = $ 15,235.98 |
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    | 11. +$ 0.00 |

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    | 12. | $ 15,235.98 |
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: | **DEBTOR IS CO-OWNER OF AIT TRANSPORT INC AND RECEIVES HALF OF THE PROFITS OF THE BUSINESS. DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR.** |

# Moss & Associates

## Attorneys, P.A.

### Charleston ♦ Columbia ♦ Greenville

816 Elmwood Avenue
Columbia, South Carolina 29201

Telephone (803) 933-0202

Facsimile (803) 933-9941

## Business Questionnaire

Name: Sergey Pikalov & Tatyana Trainer

Business Address

Home Number:

619 Meadow Grass LN

Work Number: 605-550-4242

Lexington SC 29072

Other Number:

Date: 4/29/2025

1. Are you presently self-employed?   Yes _x_ No___

2. What business are you in? _Trucking and transportation business_

3. What is the name of your business? _AIT Transport Inc_

4. When was your business formed? _6_ / _19_ / _2019_

5. Is your business incorporated? Yes _x_ No____ If Yes, what type...i.e. S-Corp _S Corp_

6. Do you have any employees? Yes _x_        No_____

7. Does your business have any W-2 employees?   Yes _x_   No_____
   State their names and relationship to yourself, if any:
   Name _Sergey Pikalov_____ Relationship _Self_____
   Name _Tatyana Trainer_____ Relationship _bus partner_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____

8. Are you current in your payroll taxes?   Yes _x_ No____ (If no, please list the taxes owed and the amounts)
   _No taxes owed._

11. Does your business owe any federal or state taxes?    Yes_____ No__x__ If Yes, give the
following:
          Federal $_____ Years _____
          State    $_____ Years_____

12. Who has possession of the books and records of the business?
          Name:  Tatyan Trainer_____
          Address:  3200 N Galaxy Lane_____
                Sioux Falls SD 57107_____
                _____

13. What is the name and address of your tax preparer?
          Name: Bella Musayelyan_____
          Address: 501 W Shady Hill Street_____
                _____
                _Soux jFalls SD 57108_____

14. Do you have a current business license? Yes__x__ No_____    (Please provide a copy)

15. Do you have business liability insurance? Yes _x__ No_____
          **If Yes, please provide a Policy Declaration page; if No, please be advised that you are
          required to obtain adequate insurance to protect the estate from any liability.**

16.  Do you anticipate incurring post-petition trade credit or other business debt?
          (After the filing of your bankruptcy, do you believe that you will incur any additional
          credits or debts?)  Yes__x____ No_____

      * If you answered No to question #16, please provide the following:
         a. 2023 and 2024 state and federal tax returns, including all supporting statements
         b. Monthly profit and loss statements on the form provided for the two previous (2)
            calendar months
         c. A statement of projected income expenses for the business on the form provided.

      * If you answered Yes to question #16, please provide the following:
         a. 2023 and 2024 state and federal tax returns, including all supporting statements
         b. Monthly profit and loss statements on the form provided for the two previous (2)
            calendar months
         c. A statement of projected income expenses for the business on the form provided
         d. Copies of all financial statements furnished to a third party within the last two (2)
            years preceding the filing of the petition, including, but not limited to the balance
            sheet, income statement, and cash flow statement.

**If you answer yes to Question #16, please also be advised that during the pendency of your
Bankruptcy case, you must also file profit and loss statements on a monthly basis with the Clerk
of the Bankruptcy Court <u>and</u> send copies to the office of the United States Trustee whom assigned
to your case

## IMPORTANT NOTICE

Please be advised that the following actions may not be taken by any self-employed debtor without a specific court authorization including but not limited to: use of cash collateral, post-petition employment of an attorney, accountant, or any other professional, payment of pre-petition wages or salary- with the exception that you may pay wages not exceeding $4,300 per person owing for the pay period just prior to your bankruptcy; payment of any other unsecured pre-petition debt, borrowing money of incurring deb, or selling of property other than in the ordinary course of business.

Furthermore, it is also imperative that you understand that it is your responsibility to maintain adequate records regarding the business and to maintain insurance required by state law, federal law, or the term of any agreement with a third party.   The trustee **will not** be responsible for, nor will he obtain, any such insurance.   Thank you for your cooperation in this matter.

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __November__          Year: __2024__

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $49,169.10 |
| 2. | Cost of Goods Sold: | |
| | a. Purchases | |
| | b. Cost of Labor *(do not include employee salary)* | |
| | c. Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | $49,169.10 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease   BMO trailer payment | $1,629.57 |
| 7. | Salaries and Wages of Employees   Form 1099 | $9,786.00 |
| 8. | Employee Benefits | |
| 9. | Equipment Lease Payments | |
| 10. | Secured Debt Payments  Wells Fargo Card | $2000.00 |
| 11. | Supplies (not included in 2c.) | |
| 12. | Utilities  Sumitomo trailer and truck payment | $4,894.44 |
| 13. | Telephone | $260.00 |
| 14. | Repairs & Maintenance | |
| 15. | Miscellaneous Office Expenses | $3,600.00 |
| 16. | Advertising | |
| 17. | Travel & Entertainment | |
| 18. | Professional Fees | |
| 19. | Insurance | |
| | a. Liability   Insurance for trucks | $8509.68 |
| | b. Property | |
| | c. Vehicle   Ford truck | $602.30 |
| | d. Workers Compensation | |
| | e. Other | |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | |
| 21. | Sales | |
| 22. | Other | |
| 23. | Total Expenses (add lines 6-20) | |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          $19,687.11

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

_Serg Nikolov_                     _Tatyana Trainer_                     4/30/2025

DEBTOR 1                           DEBTOR 2                              DATE

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __December__        Year: __2024__

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $57,848.25 |
| 2. | Cost of Goods Sold: | |
| | a.   Purchases | |
| | b.   Cost of Labor (do not include employee salary) | |
| | c.   Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | $57,848.25 |

### EXPENSES

| | | | |
|---|---|---|---|
| 6. | Business Property Rent/Lease | BMO  Trailer payment | $1,629.57 |
| 7. | Salaries and Wages of Employees | Forms 1099 | $12,000.00 |
| 8. | Employee Benefits | Wells Fargo Card | $1000.00 |
| 9. | Equipment Lease Payments | | |
| 10. | Secured Debt Payments | Amex Express card | |
| 11. | Supplies (not included in 2c.) | | $1500.00 |
| 12. | Utilities | Sumitomo Truck and trainer payment | $4,894.44 |
| 13. | Telephone | | $260.00 |
| 14. | Repairs & Maintenance | DAT program | $4,500.00 |
| 15. | Miscellaneous Office Expenses | | |
| 16. | Advertising | | |
| 17. | Travel & Entertainment | | |
| 18. | Professional Fees | Reliance partners  Insurance | $5,043.00 |
| 19. | Insurance | | |
| | a.   Liability | | $8,509.68 |
| | b.   Property | | |
| | c.   Vehicle | Ford Truck | $602.30 |
| | d.   Workers Compensation | | |
| | e.   Other | Fuel for trucks | $11,000.00 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | |
| 21. | Sales | |
| 22. | Other | |
| 23. | Total Expenses (add lines 6-20) | |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)        $17,709.26

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our
knowledge, information and belief.

_Serg Nikolov_                    _Tatyana Trainer_                    4/30/2025
DEBTOR 1                           DEBTOR 2                             DATE

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __January__                    Year: __2025__

### INCOME

| | | | |
|---|---|---|---|
| 1. | Gross Receipts or Sales | | $89,107.30 |
| 2. | Cost of Goods Sold: | | |
| | a. | Purchases | |
| | b. | Cost of Labor *(do not include employee salary)* | |
| | c. | Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | | |
| 4. | Other Income | | |
| 5. | Gross Income (add lines 3&4) | | $89,107.30 |

### EXPENSES

| | | | |
|---|---|---|---|
| 6. | Business Property Rent/Lease | | |
| 7. | Salaries and Wages of Employees | Forms 1099, W2 | $14,932.20 |
| 8. | Employee Benefits | | |
| 9. | Equipment Lease Payments | BMO trailer payment | $1,629.57 |
| 10. | Secured Debt Payments | Wells Fargo Credit Card | $2,000.00 |
| 11. | Supplies (not included in 2c.) | American Express Credit | $2,000.00 |
| 12. | Utilities | | |
| 13. | Telephone | | $260.00 |
| 14. | Repairs & Maintenance | DAT Trucking programm | $250.00 |
| 15. | Miscellaneous Office Expenses | Repairs and Maintenace | |
| 16. | Advertising | | $6,700.00 |
| 17. | Travel & Entertainment | Parts for trucks | $7,900.00 |
| 18. | Professional Fees | | |
| 19. | Insurance | | |
| | a. | Liability | $8,509.68 |
| | b. | Property | |
| | c. | Vehicle  Ford pick up | $602.30 |
| | d. | Workers Compensation | |
| | e. | Other  Fuel for Trucks | $15,020.00 |

### TAXES

| | | | |
|---|---|---|---|
| 20. | Payroll | | $130.08 |
| 21. | Sales | | |
| 22. | Other | | |
| 23. | Total Expenses (add lines 6-20) | | |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)                    $29,173.47

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

_____          _____          4/30/2025
DEBTOR 1                                DEBTOR 2                                DATE

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __February__          Year: __2025__

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $20,446.34 |
| 2. | Cost of Goods Sold: | |
| | a.  Purchases | |
| | b.  Cost of Labor *(do not include employee salary )* | |
| | c.  Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | $20,446.34 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | |
| 7. | Salaries and Wages of Employees  Forms 1099 and W2 | $7,200.00 |
| 8. | Employee Benefits | |
| 9. | Equipment Lease Payments | |
| 10. | Secured Debt Payments | |
| 11. | Supplies (not included in 2c.) | |
| 12. | Utilities    American express credit card payment | $1,500.00 |
| 13. | Telephone | |
| 14. | Repairs & Maintenance | |
| 15. | Miscellaneous Office Expenses | |
| 16. | Advertising | |
| 17. | Travel & Entertainment | |
| 18. | Professional Fees | |
| 19. | Insurance | |
| | a.  Liability  Truck Insurance | $8,509.68 |
| | b.  Property | |
| | c.  Vehicle   Ford Truck payment | $602.30 |
| | d.  Workers Compensation | |
| | e.  Other     Fuel for trucks | $2,000.00 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | |
| 21. | Sales | |
| 22. | Other | |
| 23. | Total Expenses (add lines 6-20) | |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          $634.36

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

_Serg Nikolin_
**DEBTOR 1**

_Tatyana Trainer_
**DEBTOR 2**

_4/30/2025_
**DATE**

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __March__        Year: __2025__

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $39,247.59 |
| 2. | Cost of Goods Sold: | |
| | a. Purchases | |
| | b. Cost of Labor *(do not include employee salary)* | |
| | c. Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | |
| 4. | Other Income | $0.0 |
| 5. | Gross Income (add lines 3&4) | $39,247.59 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | |
| 7. | Salaries and Wages of Employees  Form 1099 and W2 | $9,700.00 |
| 8. | Employee Benefits | |
| 9. | Equipment Lease Payments  trailer #127 payment | $1,629.57 |
| 10. | Secured Debt Payments | |
| 11. | Supplies (not included in 2c.) | |
| 12. | Utilities       DAT program | $250.00 |
| 13. | Telephone | $280.00 |
| 14. | Repairs & Maintenance | $988.83 |
| 15. | Miscellaneous Office Expenses | |
| 16. | Advertising   business wells Fargo credit card | $1,500.00 |
| 17. | Travel & Entertainment | |
| 18. | Professional Fees | |
| 19. | Insurance | |
| | a. Liability  Reliance insurance | $10,616.89 |
| | b. Property | |
| | c. Vehicle   Ford  truck | $602.30 |
| | d. Workers Compensation | |
| | e. Other | |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | |
| 21. | Sales | |
| 22. | Other | |
| 23. | Total Expenses (add lines 6-20)  Fuel trucks | $9,000.00 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)       $4680.00

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

*Serg Nikolov*                *Tatyana Trainer*              4/30/2025
DEBTOR 1                      DEBTOR 2                       DATE

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: __April__                              Year: __2025__

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | $39576.22 |
| 2. | Cost of Goods Sold: | |
| | a.    Purchases | |
| | b.    Cost of Labor *(do not include employee salary )* | |
| | c.    Materials & Supplies | |
| | | |
| 3. | Gross Profit (subtract line 2 from line 1) | |
| 4. | Other Income | $0.0 |
| 5. | Gross Income (add lines 3&4) | $39576.22 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | |
| 7. | Salaries and Wages of Employees   Form 1099 and W2 | $10650.00 |
| 8. | Employee Benefits | |
| 9. | Equipment Lease Payments   trailer loan paynent #127 | $1629.57 |
| 10. | Secured Debt Payments | |
| 11. | Supplies (not included in 2c.) | |
| 12. | Utilities   DAT program to book a loads | $250.00 |
| 13. | Telephone | $357.75 |
| 14. | Repairs & Maintenance | |
| 15. | Miscellaneous Office Expenses | $3,000.00 |
| 16. | Advertising | |
| 17. | Travel & Entertainment | |
| 18. | Professional Fees | |
| 19. | Insurance | |
| | a.    Liability Truck and trailer insurance | $8,509.68 |
| | b.    Property | |
| | c.    Vehicle | |
| | d.    Workers Compensation | |
| | e.    Other   Fuel for track | $10,370.43 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | $130.00 |
| 21. | Sales | |
| 22. | Other | |
| 23. | Total Expenses (add lines 6-20) | |
| | | |
| | **TOTAL PROFIT (LOSS) FOR MONTH**<br>(subtract line 21 from line 5) | $4,678.79 |

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

_Serg Nikolos_                    _Tatyana Trainer_                    4/30/2025

DEBTOR 1                          DEBTOR 2                            DATE

*MOSS AND ASSOCIATES*

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **25-01270** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

Do not list Debtor 1 and Debtor 2.    ☐ Yes.  Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No  ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 2,173.73

**If not included in line 4:**

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 50.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number (if known) | **25-01270** |
|---|---|---|---|

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 349.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 49.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 185.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 75.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 611.50 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 80.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 157.35 |
| | 15c. | Vehicle insurance | 15c. $ | 340.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: **AUTO PROPERTY TAXES** | | 16. $ | 50.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **BUSINESS TAXES** | | 21. +$ | 5,027.87 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 10,098.45 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 10,098.45 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 15,235.98 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 10,098.45 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 5,137.53 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **25-01270** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| | | | |
|---|---|---|---|
| X | **/s/ Sergey Anatolievich Pikalov** | X | |
| | **Sergey Anatolievich Pikalov** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| Date | **May  2, 2025** | Date | |

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Sergey Anatolievich Pikalov** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **25-01270** |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$188,377.45** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number *(if known)* | **25-01270** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips | **$500,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips | **$535,473.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **N/A** | **$0.00** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | **N/A** | **$0.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | **N/A** | **$0.00** | | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Sergey Anatolievich Pikalov**                                Case number (*if known*)   **25-01270**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **WELLS FARGO**<br>**PO BOX 6995**<br>**Portland, OR 97228-6995** | **MARCH 2025** | **$3,000.00** | **$40,610.80** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **WELLS FARGO**<br>**PO BOX 6995**<br>**Portland, OR 97228-6995** | **FEBRUARY 2025** | **$3,000.00** | **$40,610.80** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **AMERICAN EXPRESS**<br>**PO BOX 650448**<br>**Dallas, TX 75265-0448** | **MARCH 2025** | **$3,000.00** | **$29,642.41** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **AMERICAN EXPRESS**<br>**PO BOX 650448**<br>**Dallas, TX 75265-0448** | **FEBRUARY 2025** | **$3,000.00** | **$29,642.41** | ☐ Mortgage<br>☐ Car<br>☑ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **TRUIST BANK**<br>**214 N TRYON ST, STE 3**<br>**Charlotte, NC 28202** | **MARCH 2025** | **$363.28** | **$4,158.57** | ☐ Mortgage<br>☑ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **TRUIST BANK**<br>**214 N TRYON ST, STE 3**<br>**Charlotte, NC 28202** | **FEBRUARY 2025** | **$363.28** | **$4,158.57** | ☐ Mortgage<br>☑ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **FORD MOTOR CREDIT**<br>**PO BOX 31111**<br>**Tampa, FL 33631** | **MARCH 2025** | **$602.30** | **$13,364.85** | ☐ Mortgage<br>☑ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sergey Anatolievich Pikalov** | | | | | Case number *(if known)* | **25-01270** |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **FORD MOTOR CREDIT**<br>**PO BOX 31111**<br>**Tampa, FL 33631** | **FEBRUARY 2025** | **$602.30** | **$13,364.85** | ☐ Mortgage<br>☒ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☒ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

<div style="background:black;color:white">**Part 4:**</div>    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **PORTFOLIO RECOVERY V**<br>**SERGEY PIKALOV**<br>**2024CP3205136** | **CIVIL** | **LEXINGTON COUNTY**<br>**CLERK OF COURT**<br>**205 EAST MAIN STREET**<br>**Lexington, SC 29072** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number *(if known)* | **25-01270** |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MOSS & ASSOCIATES, ATTORNEYS P.A.<br>816 ELMWOOD AVENUE<br>COLUMBIA, SC 29201 | ATTORNEYS FEES: $1,686.00<br>FILING FEE: $313.00 | APRIL 2025 | $1,999.00 |
| 1$WISER CONSUMER EDUCATION<br>6650 RIVERS AVENUE, STE 100<br>Charleston, SC 29406 | CREDIT COUNSELING: $0.00 | APRIL 2025 | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number (*if known*) | **25-01270** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **OLENA PIKALOV**<br>**6505 N MAIN STREET**<br>**Columbia, SC 29203**<br><br>**EX-SPOUSE** | **6505 N MAIN STREET,**<br>**COLUMBIA SC 29203,**<br>**VALUE OF PROPERTY**<br>**($193,300)** | **DEBTOR TRANSFERED**<br>**PROPERTY INTO**<br>**EX-SPOUSES NAME,**<br>**DEBTOR DID NOT**<br>**RECEIVE ANY**<br>**COMPENSATION FOR**<br>**TRANSFER, HOWEVER**<br>**WAIVING FOR CHILD**<br>**SUPPORT** | **MARCH 2025** |
| **TATYANA TRAINER**<br>**3200 N GALAXY LANE**<br>**Sioux Falls, SD 57107**<br><br>**SISTER** | **619 MEADOW GRASS LANE,**<br>**LEXINGTON SC 29072,**<br>**VALUE OF PROPERTY**<br>**($355,000)** | **DEBTOR TRANSFERED**<br>**HALF INTEREST IN**<br>**PROPERTY INTO THE**<br>**NAME OF SISTER**<br>**HOWEVER NO FUNDS**<br>**WERE EXCHANGED**<br>**AND DEBTOR**<br>**CONTINUED TO LIVE IN**<br>**THE PROPERTY** | **JULY 2022** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

| Debtor 1 | **Sergey Anatolievich Pikalov** | Case number *(if known)* | **25-01270** |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **WELLS FARGO**<br>**3201 N 4TH AVE**<br>**Sioux Falls, SD 57104** | **SERGEY A PIKALOV**<br>**619 MEADOW GRASS LANE**<br>**Lexington, SC 29072**<br><br>**TATYANA TRAINER**<br>**3200 N GALAXY LANE**<br>**Sioux Falls, SD 57107** | **COMPANY PAPERS, BIRTH CERTIFICATES** | ☐ No<br>■ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Sergey Anatolievich Pikalov**                                          Case number (*if known*)   **25-01270**

---

**25.   Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **AIT TRANSPORT INC**<br>**619 MEADOW GRASS LANE**<br>**Lexington, SC 29072** | **BUSINESS IS A SOUTH CAROLINA S-CORPORATION OPERATING AS AN OVER THE ROAD TRUCKING BUSINESS. BUSINESS WAS STARTED IN MARCH 2017 AND CORPORATION WAS FORMED IN NOVEMBER 2019 AND STILL IN OPERATIONS. BUSINESS DOES NOT HAVE ANY ACCOUNTS RECEIVABLE BUT DOES HAVE 1099 CONTRACTED WORKERS. BUSINESS DOES NOT HAVE ANY INVENTORY. TRANSPORT VEHICLES LISTED IN CASE AS BUSINESS ASSETS AND USED EXCLUSIVELY FOR BUSINESS PURPOSES.** | **EIN:**   82-1585586<br><br>**From-To**   **MARCH 2017 TO PRESENT** |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Sergey Anatolievich Pikalov** _____    Case number (*if known*)    **25-01270**

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

---

**Part 12:    Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Sergey Anatolievich Pikalov** _____    _____

**Sergey Anatolievich Pikalov**    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **May  2, 2025** _____    Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com