# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In Re:
Sergey Anatolievich Pikalov, SSN# (xxx-xx-9019)  )
aka Sergey A Pikalov, Sergey Pikalov,  )
)    CASE NO: __25-01270__
)
)    CERTIFICATE OF SERVICE
)
)
)
619 Meadow Grass Lane  )
Lexington, SC 29072  )
)
                         Debtor(s)  )
_____)

### CERTIFICATE OF SERVICE

I, Patrick Moss, hereby certify that a copy of the *Plan. Objections Due no later than 7 days prior to the Confirmation Hearing., Motion to Establish Value Included in Chapter 13 Plan*, was filed with the Bankruptcy Court, on May 2, 2025, and was served, on May 2, 2025, upon the Trustee and the Creditors listed below by placing the same in the United States Mail with sufficient postage attached thereto at the addresses listed.

This 2nd day of May 2025

By: /s/ Patrick Moss

Patrick Moss
Bankruptcy Paralegal
Moss and Associates, Attorneys P.A.
816 Elmwood Avenue
Columbia, South Carolina 29201

Dawn M Hardesty, via (CM/ECF)
Chapter 13 Trustee
250 Berryhill Road, Suite 402
Columbia, SC 29210

Region 4 US Trustee CM/ECF
1201 Main Street, Suite 2440
Columbia, SC 29201

SEE ATTACHED LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 25-01270-eg<br>District of South Carolina<br>Columbia<br>Fri May  2 08:59:47 EDT 2025 | AIT TRANSPORT<br>619 MEADOW GRASS LANE<br>Lexington SC 29072-5603 | AMERICAN EXPRESS<br>PO BOX 650448<br>Dallas TX 75265-0448 |
| BMO BANK<br>PO BOX 3040<br>CEDAR RAPIDS, IA 52406-3040 | BMO Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | Duke University Health System<br>PO Box 110566<br>Durham, NC 27709-5566 |
| FORD MOTOR CREDIT<br>PO BOX 3111<br>TAMPA FL 33601-3111 | Dawn M. Hardesty<br>250 Berryhill Road<br>Suite 402<br>Columbia, SC 29210-6466 | IRS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |
| LEXINGTON COUNTY CLERK OF COURT<br>205 EAST MAIN STREET<br>Lexington SC 29072-3557 | LEXINGTON COUNTY TREASURER<br>212 SOUTH LAKE DRIVE<br>Lexington SC 29072-3499 | (p)LEXINGTON MEDICAL CENTER<br>470 HULON LANE<br>WEST COLUMBIA SC 29169-4823 |
| MR COOPER<br>PO BOX 650783<br>DALLAS TX 75265-0783 | Jason T. Moss<br>Moss & Associates, Attorneys, P.A.<br>816 Elmwood Avenue<br>Columbia, SC 29201-2027 | Onslow Bay Financial LLC<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Sergey Anatolievich Pikalov<br>619 Meadow Grass Lane<br>Lexington, SC 29072-5603 |
| SC DEPT OF REVENUE<br>300A OUTLET POINTE BLVD<br>Columbia SC 29210-5666 | SCOTT and ASSOCIATES<br>ATTN: MICHAEL BRITTAIN TRAVIS<br>1744 SAM RITTENBERG BLVD, STE D<br>Charleston SC 29407-4942 | TATYANA TRAINER<br>3200 N GALAXY LANE<br>Sioux Falls SD 57107-2005 |
| Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | VOLVO FINANCIAL SERVICES<br>PO BOX 26131<br>Greensboro NC 27402-6131 |
| WELLS FARGO<br>PO BOX 6995<br>Portland OR 97228-6995 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Lexington Medical Center<br>2720 Sunset Blvd<br>West Columbia, SC 29169 | PORTFOLIO RECOVERY<br>PO BOX 12914<br>Norfolk VA 23541 | Elizabeth H Parrott<br>McCalla Raymer Leibert Pierce<br>1544 Old Alabama Rd<br>Roswell, GA 30076 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dawn M. Hardesty
250 Berryhill Road
Suite 402
Columbia, SC 29210-6466

End of Label Matrix
Mailable recipients   24
Bypassed recipients    1
Total                 25